# In the United States Court of Federal Claims

```
* * * * * * * * * * * * * * * * * * *   *
                                        *
ENRIQUE FREE-PACHECO,                   *
                                        *
              Plaintiff,                *
                                        *        No. 14-517T
              v.                        *        Filed: August 10, 2015
                                        *
UNITED STATES,                          *
                                        *
              Defendant.                *
                                        *
* * * * * * * * * * * * * * * * * * *   *
```

## O R D E R

The court is in receipt of the parties' August 10, 2015 joint stipulation of dismissal, with prejudice, of the above captioned Case No. 14-517T. The court notes that plaintiff filed two other cases in this court on similar issues, but concerning different tax years, one of which, Court of Federal Claims Case No. 15-633T, also was dismissed following a joint stipulation of dismissal, with prejudice, and the second of which, Court of Federal Claims Case No. 12-121T, is currently pending before the United States Court of Appeals for the Federal Circuit, following an opinion by this court. Pursuant to Rule 41(a)(1)(A)(ii) of the Rules of the United States Court of Federal Claims (2015), this court **ORDERS** that the above captioned Case No. 14-517T be **DISMISSED,** with prejudice, with each party to bear its own costs, possible attorneys' fees, and other expenses. The Clerk of the Court shall enter **JUDGMENT** consistent with this Order.

**IT IS SO ORDERED**.

s/Marian Blank Horn
**MARIAN BLANK HORN**
**Judge**